UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL L. COMER, et al.,

    Plaintiffs,

v.                                                                    CASE NO. 8:14-cv-607-T-23AAS

GERDAU AMERISTEEL
US INC., et al.,

    Defendants.
_____/

**ORDER**

In this class action, the parties announce (Doc. 118) a "settlement in principle" and move (Doc. 118 at 2) to suspend the deadlines for discovery, dispositive motions, and pretrial papers. The motion (Doc. 118) is **GRANTED**, the deadlines are **SUSPENDED**, and the action is removed from the February 2018 trial calendar. No later than **MAY 26, 2017**, the parties must move for preliminary approval of a class-action settlement or must explain the status of the action.

ORDERED in Tampa, Florida, on April 28, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE