## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| DANIEL L. COMER, GLEN HUBANKS, RICHARD D. SCOTT, OLIVER FRANK WRIGHT, JR. and STEPHEN SOLOMON, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERDAU AMERISTEEL US INC., and GERDAU AMERISTEEL US RETIREE MEDICAL PLAN,<br><br>Defendants. | No. 8:14cv00607-SDM-EAJ<br><br>Class Action<br><br>**Demand for Jury Trial** |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, APPROVAL OF PROPOSED CLASS NOTICE, AND ENTRY OF ORDER SETTING DATE FOR FAIRNESS HEARING

Plaintiffs Daniel L. Comer, Glen Hubanks, Richard D. Scott, Oliver Frank Wright, Jr., and Stephen Solomon ("Plaintiffs"), on behalf of themselves and the certified class, have entered into a proposed settlement with Defendants Gerdau Ameristeel US Inc. and Gerdau Ameristeel US Retiree Medical Plan ("Defendants"). The parties have entered into a Settlement Agreement (attached hereto as Exhibit A), and also have agreed to a proposed Class Notice (attached hereto as Exhibit B).

Plaintiffs hereby move for: (i) preliminary approval of the Settlement Agreement; (ii) approval of the proposed form and manner of Class Notice; and (iii) entry of an order setting a date for a hearing on the fairness of the Settlement Agreement pursuant to Fed. R. Civ. P. 23(e)(2). In support of this Motion, Plaintiffs also submit the accompanying Memorandum and

the Declaration of Joel R. Hurt, as well as a proposed Order of Preliminary Approval (attached

hereto as Exhibit C).  Defendants do not oppose this Motion.

<div style="margin-left:45%">

Respectfully submitted,

</div>

Dated:  June 2, 2017

<div style="margin-left:45%">

 s/ Joel R. Hurt                
    Joel R. Hurt (*admitted pro hac vice*)

Feinstein Doyle Payne & Kravec, LLC
William T. Payne (*admitted pro hac vice*)
Pamina Ewing (*admitted pro hac vice*)
Ruairi McDonnell (*admitted pro hac vice*)
Feinstein Doyle Payne & Kravec, LLC
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 281-8400
Facsimile:  (412) 281-1007
Email:  jhurt@fdpklaw.com
       wpayne@fdpklaw.com
       pewing@fdpklaw.com
       rmcdonnell@fdpklaw.com

Ivelisse Berio LeBeau, Esq.
Florida Bar No. 0907693
Robert Sugarman, Esq.
Florida Bar No. 149388
*Counsel for Plaintiffs*
Sugarman & Susskind, P.A.
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: (305) 592-2801
Facsimile: (305) 447-8115
Email:  Ivelisse@sugarmansusskind.com

*Counsel for Plaintiffs and the Class*

</div>

## **CERTIFICATE OF SERVICE**

I certify that, on June 2, 2017, a true and correct copy of the foregoing document was filed with the Clerk of Court, using the CM/ECF system, which will send notice of electronic filing and service to all counsel of record.

<div align="right">

 s/ Joel R. Hurt            
Joel R. Hurt

</div>