# EXHIBIT D

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 8/12/2014 | $94.39 | Conference Calls | Premier Global Service - Inv 16856435 |
| 12/12/2015 | $55.58 | Conference Calls | Premiere Global Services (Invoice 12-12-2015) |
| 10/12/2016 | $31.17 | Conference Calls | Premiere Global Services (Invoice 22213988) |
| 2/12/2017 | $16.92 | Conference Calls | Premiere Global Services (Invoice 23018270) |
| 4/12/2017 | $32.26 | Conference Calls | Premiere Global Services (Invoice 23423849) |
| 5/12/2017 | $37.60 | Conference Calls | Premiere Global Services (Invoice 23633340) |
|  | $267.92 | Conference Calls Total |  |
| 4/2/2014 | $13.02 | Copying | Photocopying Expense |
| 6/3/2014 | $34.30 | Copying | Photocopying Expense |
| 7/17/2014 | $100.80 | Copying | Photocopying Expense |
| 8/4/2014 | $240.94 | Copying | Photocopying Expense |
| 9/5/2014 | $50.96 | Copying | Photocopying Expense |
| 10/6/2014 | $13.86 | Copying | Photocopying Expense |
| 12/5/2014 | $7.14 | Copying | Photocopying Expense |
| 3/3/2015 | $110.18 | Copying | Photocopying Expense |
| 9/3/2015 | $0.70 | Copying | Photocopying Expense |
| 10/7/2015 | $63.42 | Copying | Photocopying Expense |
| 11/4/2015 | $11.20 | Copying | Photocopying Expense |
| 12/28/2015 | $81.76 | Copying | Photocopying Expense |
| 1/13/2016 | $79.52 | Copying | Photocopying Expense |
| 2/25/2016 | $44.38 | Copying | Photocopying Expense |
| 3/2/2016 | $6.72 | Copying | Photocopying Expense |
| 5/5/2016 | $42.00 | Copying | Photocopying Expense |
| 6/15/2016 | $34.86 | Copying | Photocopying Expense |
| 8/15/2016 | $29.26 | Copying | Photocopying Expense |
| 10/14/2016 | $763.56 | Copying | Photocopying Expense |
| 11/16/2016 | $1,605.52 | Copying | Photocopying Expense |
| 12/7/2016 | $316.68 | Copying | Photocopying Expense |
| 1/9/2017 | $265.86 | Copying | Photocopying Expense |
| 3/1/2017 | $0.30 | Copying | Photocopying Expense |
| 3/1/2017 | $206.22 | Copying | Photocopying Expense |
| 3/21/2017 | $677.88 | Copying | Photocopying Expense |
| 6/16/2017 | $0.40 | Copying | Photocopying Expense |
| 6/16/2017 | $123.20 | Copying | Photocopying Expense |
| 6/16/2017 | $156.10 | Copying | Photocopying Expense |
| 7/12/2017 | $71.54 | Copying | Photocopying Expense |
|  | $5,152.28 | Copying Total |  |
| 3/27/2014 | $72.00 | Court Fees | Court Fee - Clerk, US district Court (Certificate of Good Standing for W. Payne , P. Ewing , S. Pincus , J. Hurt |

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 4/18/2016 | $150.00 | Court Fees | Court Fee – Clerk, US District Court – Ruairi McDonnell Pro Hac Vice |
| 6/17/2016 | $180.50 | Court Fees | Clerk, U S Bankruptcy Court |
| 9/14/2016 | $248.50 | Court Fees | Clerk, US Bankruptcy Court |
| 9/30/2016 | $185.50 | Court Fees | Court Fee – Clerk, US Bankruptcy court |
|  | $836.50 | Court Fees Total |  |
| 9/22/2015 | $82.50 | Depositions | Depo – Palmer Reporting (hearing transcript) |
| 9/7/2016 | $472.50 | Depositions | Depo – Dodson Court Reporting Invoice 110693 (Wright) |
| 9/7/2016 | $422.50 | Depositions | Depo – Dodson Court Reporting Invoice 110695 (Scott) |
| 9/7/2016 | $617.50 | Depositions | Depo – Dodson Court Reporting Invoice 110697 – (Comer) |
| 9/26/2016 | $196.25 | Depositions | Depo – TrustPoint Court reporting Inv 25118 (Dailey) |
| 10/19/2016 | $1,399.90 | Depositions | Depo – Esquare Depo Solutions Inv 0868930 |
| 10/21/2016 | $349.95 | Depositions | Depo – Dodson court Reporting Inv 110981 |
| 10/21/2016 | $312.90 | Depositions | Depo – Dodson court Reporting Inv 110982 |
| 10/28/2016 | $272.34 | Depositions | Advanced Discovery Invoice B194556 |
| 11/7/2016 | $689.50 | Depositions | Depo – Dodson Court Reporting Inv 11078 (Dailey) |
| 11/7/2016 | $860.80 | Depositions | Depo – Dodson Court Reporting Inv. 111076 (dailey) |
| 11/8/2016 | $575.70 | Depositions | Depo – Merit court Reporting |
| 11/18/2016 | $698.55 | Depositions | Depo – Dodson Court Reporting Inv 111139 (Heath) |
| 11/18/2016 | $806.65 | Depositions | Depo – Dodson Court Reporting Inv 111141 (Heath) |
| 11/30/2016 | $811.25 | Depositions | Depo – Dodson Court reporting inv 111171 |
| 12/2/2016 | $241.60 | Depositions | Depo – AKF court Reporting Invoice 257507 (Stewart) |
| 1/3/2017 | $412.37 | Depositions | Depo – Doubletree Tulsa (J. Hurt ) |
| 1/6/2017 | $200.42 | Depositions | Depo – Sheraton Tampa Riverwalk |
| 1/6/2017 | $396.48 | Depositions | Depo – Sheraton Tampa Riverwalk |
| 1/6/2017 | $396.48 | Depositions | Depo – Sheraton Tampa Riverwalk |
| 1/6/2017 | $200.42 | Depositions | Depo – Sheraton Tampa Riverwalk |
| 1/18/2017 | $692.50 | Depositions | Depo – Dodson Court Reporting Invoice 111455 (Solano) |
| 1/18/2017 | $685.00 | Depositions | Depo – Dodson Court Reporting Invoice 111462 (Hickman) |

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 1/20/2017 | $437.50 | Depositions | Depo – Planet depos inv 161537 (Chapman) |
| 1/20/2017 | $650.00 | Depositions | Depo – Planet Depos Inv 16155 (Chapman video) |
| 1/23/2017 | $346.08 | Depositions | Advanced Discovery Inv B201500 |
| 1/24/2017 | $912.50 | Depositions | Depo – Planet Depo Inv 158963 (Loyst) |
| 1/24/2017 | $437.50 | Depositions | Depo – Planet Depo Inv 158967 (Loyst) |
| 1/24/2017 | $1,400.00 | Depositions | Depo – Planet Depo Inv 159392 (Loyst) |
| 1/24/2017 | $575.00 | Depositions | Depo – Planet Depo Inv 159393 (Loyst) |
| 2/13/2017 | $680.00 | Depositions | Depo – Dodson Court Reporting Invoice 111632 |
| 2/13/2017 | $622.50 | Depositions | Depo – Dodson Court Reporting Invoice 111633 |
| 2/23/2017 | $1,970.00 | Depositions | Depo – Planet Depos Inv 161562 (Bullard) |
| 2/23/2017 | $1,250.00 | Depositions | Depo – Planet Depos Inv 162153 (Bullard) |
| 3/3/2017 | $204.01 | Depositions | Depo – Holiday Inn Express – meeting room for depo |
| 3/9/2017 | $485.00 | Depositions | Depo – Planet Depo Invoice 166968 |
| 3/9/2017 | $700.00 | Depositions | Depo – Planet Depo Invoice 167008 |
| 3/23/2017 | $753.50 | Depositions | Depo – Depositions Inc Inv 200413 (Kachel) |
| 3/28/2017 | $1,105.50 | Depositions | Depo – Planet Depos Inv 165182 (Berry) |
| 3/28/2017 | $1,515.00 | Depositions | Depo – Planet Depos Inv 165183 (Berry) |
| 3/28/2017 | $989.39 | Depositions | Depo – Planet Depos (Invoice 161548) (Loyst) |
| 4/24/2017 | $896.30 | Depositions | Depo – Planet Depos (Invoice 168385)(Chapman) |
| | $27,723.84 | Depositions Total | |
| 6/9/2014 | $331.95 | ESI | Services – Modus Invoice 28814 |
| 8/15/2014 | $91.16 | ESI | Services – Modus Ediscovery Inc Invoice 31055 |
| | $423.11 | ESI Total | |
| 5/12/2017 | $15,750.00 | Experts | Tucker Arensberg (Judith K. Fitzgerald) Invoice #540983 (Paid by Union) |
| 6/14/2017 | $195.00 | Experts | Tucker Arensberg (Judith K. Fitzgerald) Invoice #542450 (Paid by Union) |
| | $15,945.00 | Experts Total | |
| 7/21/2014 | $1,662.50 | Mediation | Mediator – Jack L. Townsend SR, PA |

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 4/25/2017 | $1,500.00 | Mediation | Mediator – Cary R. Singletary PA invoice 4-25-17 |
| | $3,162.50 | Mediation Total | |
| 4/2/2014 | $13.63 | Messenger Service | Jet Messenger (Invoice 117219) |
| | $13.63 | Messenger Service Total | |
| 10/16/2016 | $8.00 | Miscellaneous | Internet Service Fee (J. Hurt ) |
| | $8.00 | Miscellaneous Total | |
| 4/10/2016 | $11.93 | Outside copies | Action Digital Document Solutions Inv 1196 |
| 6/16/2016 | $27.86 | Outside copies | Action Digital Document Solutions Invoice 1671 |
| 10/13/2016 | $61.08 | Outside copies | Action Digital Document Solutions Invoice 2331 |
| 10/20/2016 | $40.62 | Outside copies | Action Digital Document Solution invoice 2381 |
| 1/3/2017 | $38.70 | Outside copies | Action Digital Document Solution Inv 2779 |
| 1/11/2017 | $38.70 | Outside copies | Action Digital Document Solution Inv 2819 |
| 1/16/2017 | $10.70 | Outside copies | Action Digital Document Solution (Invoice 2837) |
| 3/28/2017 | $18.50 | Outside copies | Action Digital Document Solution Inv 2404 |
| | $248.09 | Outside copies Total | |
| 1/21/2007 | $127.40 | Overnight Delivery | United Parcel Service (Invoice R98E94037) |
| 3/21/2014 | $20.64 | Overnight Delivery | United Parcel Service (Invoice R98E94134) |
| 3/27/2014 | $20.64 | Overnight Delivery | United Parcel Service (Invoice R98E94134) |
| 5/3/2014 | $13.38 | Overnight Delivery | United Parcel Service (Invoice R98E94184) |
| 5/13/2014 | $34.12 | Overnight Delivery | UPS Documents from classmonger, Richard Scott |
| 5/31/2014 | $28.38 | Overnight Delivery | United Parcel Service (Invoice R98E94224) |
| 5/31/2014 | $58.99 | Overnight Delivery | United Parcel Service (Invoice R98E94224) |
| 7/23/2014 | $56.25 | Overnight Delivery | United Parcel Service (paid by check per Tyson) |
| 8/9/2014 | $26.60 | Overnight Delivery | United Parcel Service (Invoice R98E94324) |
| 8/23/2014 | $20.64 | Overnight Delivery | United Parcel Service (Invoice R98E94344) |
| 9/19/2015 | $29.81 | Overnight Delivery | United Parcel Service (Invoice R98E94385) |
| 4/9/2016 | $24.54 | Overnight Delivery | United Parcel Service (Invoice R98E94156) |
| 4/10/2016 | $31.40 | Overnight Delivery | United Parcel Service (Invoice R98E94E94146) |
| 6/25/2016 | $109.06 | Overnight Delivery | United Parcel Service (Invoice R98E94266) |
| 7/30/2016 | $82.20 | Overnight Delivery | United Parcel Service (Invoice R98E94316) |
| 8/6/2016 | $37.96 | Overnight Delivery | United Parcel Service (Invoice R98E94326) |
| 8/20/2016 | $97.58 | Overnight Delivery | United Parcel Service (Invoice R98E94346) |
| 8/27/2016 | $105.57 | Overnight Delivery | United Parcel Service (Invoice R98E94356) |
| 9/17/2016 | $96.70 | Overnight Delivery | United Parcel Service (Invoice R98E94386) |
| 9/24/2016 | $38.92 | Overnight Delivery | United Parcel Service (Invoice R98E94396) |
| 10/1/2016 | $118.14 | Overnight Delivery | United Parcel Service (Invoice R98E94406) |
| 10/15/2016 | $105.65 | Overnight Delivery | United Parcel Service (Invoice R98E94426) |
| 10/22/2016 | $227.40 | Overnight Delivery | United Parcel Service (Invoice R98E94436) |
| 11/3/2016 | $152.98 | Overnight Delivery | UPS Store (J. Hurt ) |

**FEINSTEIN DOYLE PAYNE and KRAVEC, LLC**

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 11/5/2016 | $164.40 | Overnight Delivery | United Parcel Service (Invoice R98E94456) |
| 11/9/2016 | $3.98 | Overnight Delivery | UPS Store (J. Hurt ) |
| 11/16/2016 | $215.74 | Overnight Delivery | United Parcel Service (Invoice R9894466) |
| 12/14/2016 | $23.69 | Overnight Delivery | Fedex |
| 1/7/2017 | $120.20 | Overnight Delivery | United Parcel Service (Invoice R98E94017) |
| 1/14/2017 | $127.40 | Overnight Delivery | United Parcel Service (Invoice R98E94027) |
| 1/28/2017 | $631.62 | Overnight Delivery | United Parcel Service (Invoice R98E94047) |
| 2/4/2017 | $171.18 | Overnight Delivery | United Parcel Service (Invoice R98E94057) |
| 2/22/2017 | $8.54 | Overnight Delivery | UPS Store (J. Hurt ) |
| 2/25/2017 | $445.76 | Overnight Delivery | United Parcel Service (Invoice R98E94087) |
| 3/4/2017 | $508.29 | Overnight Delivery | United Parcel Service (Invoice R98E94097) |
| 3/11/2017 | $275.37 | Overnight Delivery | United Parcel Service (Invoice R98E94107) |
| | $4,361.12 | Overnight Delivery Total | |
| 3/11/2014 | $7.00 | PACER | PACER (Court Support) |
| 4/17/2014 | $4.10 | PACER | PACER (Court Support) |
| 6/11/2014 | $17.60 | PACER | PACER (Court Support) |
| 7/15/2014 | $2.10 | PACER | PACER (Court Support) |
| 8/12/2014 | $27.50 | PACER | PACER (Court Support) |
| 10/15/2014 | $1.00 | PACER | PACER (Court Support) |
| 12/11/2014 | $1.00 | PACER | PACER (Court Support) |
| 10/27/2015 | $4.70 | PACER | PACER (Court Support) |
| 12/28/2015 | $1.20 | PACER | PACER (Court Support) |
| 2/25/2016 | $0.20 | PACER | PACER (Court Support) |
| 5/10/2016 | $1.90 | PACER | PACER (Court Support) |
| 6/14/2016 | $1.30 | PACER | PACER (Court Support) |
| 8/15/2016 | $24.83 | PACER | PACER (Court Support) |
| 10/14/2016 | $9.00 | PACER | PACER (Court Support) |
| 11/16/2016 | $42.30 | PACER | PACER (Court Support) |
| 12/19/2016 | $6.00 | PACER | PACER (Court Support) |
| 3/1/2017 | $1.80 | PACER | PACER (Court Support) |
| 6/9/2017 | $3.20 | PACER | PACER (Court Support) |
| 7/12/2017 | $0.20 | PACER | PACER (Court Support) |
| | $156.93 | PACER Total | |
| 2/24/2014 | $0.69 | Postage | Postage Expense |
| 3/21/2014 | $14.42 | Postage | Postage Expense |
| 3/24/2014 | $6.44 | Postage | Postage Expense |
| 4/4/2014 | $1.61 | Postage | Postage Expense |
| 5/8/2014 | $1.19 | Postage | Postage Expense |
| 5/8/2014 | $9.66 | Postage | Postage Expense |
| 6/4/2014 | $1.61 | Postage | Postage Expense |
| 6/9/2014 | $1.61 | Postage | Postage Expense |
| 7/7/2014 | $1.19 | Postage | Postage Expense |
| 7/7/2014 | $0.70 | Postage | Postage Expense |
| 7/10/2014 | $2.40 | Postage | Postage Expense |
| 7/25/2014 | $0.48 | Postage | Postage Expense |
| 7/31/2014 | $1.82 | Postage | Postage Expense |
| 8/1/2014 | $12.47 | Postage | Postage Expense |

**FEINSTEIN DOYLE PAYNE and KRAVEC, LLC**

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 8/15/2014 | $1.19 | Postage | Postage Expense |
| 8/27/2014 | $0.48 | Postage | Postage Expense |
| 9/2/2014 | $1.41 | Postage | Postage Expense |
| 2/17/2015 | $56.22 | Postage | Postage Expense |
| 10/15/2015 | $6.00 | Postage | Postage Expense |
| 3/21/2016 | $0.98 | Postage | Postage Expense |
| 4/10/2016 | $0.49 | Postage | Postage Expense |
| 5/23/2016 | $0.47 | Postage | Postage Expense |
| 6/16/2016 | $2.40 | Postage | Postage Expense |
| 6/16/2016 | $7.85 | Postage | Postage Expense |
| 6/21/2016 | $0.94 | Postage | Postage Expense |
| 6/27/2016 | $0.94 | Postage | Postage Expense |
| 6/28/2016 | $0.30 | Postage | Postage Expense |
| 6/30/2016 | $0.46 | Postage | Postage Expense |
| 8/5/2016 | $6.70 | Postage | Postage Expense |
| 9/7/2016 | $8.28 | Postage | Postage Expense |
| 9/10/2016 | $0.47 | Postage | Postage Expense |
| 9/15/2016 | $1.15 | Postage | Postage Expense |
| 9/22/2016 | $6.70 | Postage | Postage Expense |
| 10/4/2016 | $6.80 | Postage | Postage Expense |
| 10/5/2016 | $0.93 | Postage | Postage Expense |
| 10/20/2016 | $6.35 | Postage | Postage Expense |
| 10/23/2016 | $0.94 | Postage | Postage Expense |
| 10/25/2016 | $2.30 | Postage | Postage Expense |
| 11/7/2016 | $0.47 | Postage | Postage Expense |
| 11/10/2016 | $9.45 | Postage | Postage Expense |
| 11/10/2016 | $0.94 | Postage | Postage Expense |
| 12/1/2016 | $0.46 | Postage | Postage Expense |
| 12/8/2016 | $2.50 | Postage | Postage Expense |
| 1/11/2017 | $0.94 | Postage | Postage Expense |
| 1/13/2017 | $20.76 | Postage | Postage Expense |
| 1/14/2017 | $0.93 | Postage | Postage Expense |
| 1/17/2017 | $0.94 | Postage | Postage Expense |
| 1/26/2017 | $0.93 | Postage | Postage Expense |
| 1/28/2017 | $0.47 | Postage | Postage Expense |
| 2/18/2017 | $0.46 | Postage | Postage Expense |
| 3/28/2017 | $1.38 | Postage | Postage Expense |
| 3/31/2017 | $2.03 | Postage | Postage Expense |
| 4/21/2017 | $0.46 | Postage | Postage Expense |
| 5/9/2017 | $0.92 | Postage | Postage Expense |
| 5/9/2017 | $0.46 | Postage | Postage Expense |
| | $221.54 | Postage Total | |
| 4/2/2014 | $4.30 | Scanned Pages | Scanned Pages |
| 5/7/2014 | $0.15 | Scanned Pages | Scanned Pages |
| 6/3/2014 | $23.10 | Scanned Pages | Scanned Pages |
| 7/17/2014 | $10.35 | Scanned Pages | Scanned Pages |
| 8/4/2014 | $49.85 | Scanned Pages | Scanned Pages |

**FEINSTEIN DOYLE PAYNE and KRAVEC, LLC**

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 9/5/2014 | $1.15 | Scanned Pages | Scanned Pages |
| 10/6/2014 | $0.05 | Scanned Pages | Scanned Pages |
| 3/3/2015 | $4.65 | Scanned Pages | Scanned Pages |
| 4/3/2015 | $23.85 | Scanned Pages | Scanned Pages |
| 10/7/2015 | $0.50 | Scanned Pages | Scanned Pages |
| 11/4/2015 | $0.55 | Scanned Pages | Scanned Pages |
| 4/6/2016 | $68.88 | Scanned Pages | Scanned Pages |
| 4/6/2016 | $0.65 | Scanned Pages | Scanned Pages |
| 5/5/2016 | $0.65 | Scanned Pages | Scanned Pages |
| 6/15/2016 | $0.05 | Scanned Pages | Scanned Pages |
| 8/15/2016 | $0.05 | Scanned Pages | Scanned Pages |
| 10/14/2016 | $20.25 | Scanned Pages | Scanned Pages |
| 11/16/2016 | $70.35 | Scanned Pages | Scanned Pages |
| 12/7/2016 | $0.15 | Scanned Pages | Scanned Pages |
| 1/9/2017 | $0.65 | Scanned Pages | Scanned Pages |
| 3/21/2017 | $1.10 | Scanned Pages | Scanned Pages |
| 6/15/2017 | $221.34 | Scanned Pages | Scanned Pages |
| 6/15/2017 | $0.25 | Scanned Pages | Scanned Pages |
| 6/16/2017 | $0.50 | Scanned Pages | Scanned Pages |
| 7/12/2017 | $0.20 | Scanned Pages | Scanned Pages |
|  | $503.57 | Scanned Pages Total |  |
| 7/8/2014 | $441.00 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 7/8/2014 | $25.00 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 7/21/2014 | $0.00 | Travel – Airfare | Airfare – Southwest ( |
| 7/24/2014 | $390.50 | Travel – Airfare | Airfare – US Airways (W. Payne ) |
| 8/18/2014 | $776.20 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 7/26/2016 | $449.10 | Travel – Airfare | Airfare – American Airlines (J. Hurt ) |
| 7/26/2016 | $33.01 | Travel – Airfare | Airfare – American Airlines (J. Hurt ) |
| 7/28/2016 | $471.48 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 8/15/2016 | $641.96 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 8/15/2016 | $735.46 | Travel – Airfare | Airfare –Southwest (R. McDonnell) |
| 9/12/2016 | $44.31 | Travel – Airfare | Airfare – American (J. Hurt ) |
| 9/13/2016 | $15.00 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 9/13/2016 | $30.00 | Travel – Airfare | Airfare – Southwest (R. McDonnell) |
| 9/18/2016 | $741.20 | Travel – Airfare | Airfare – American (J. Hurt ) |
| 10/11/2016 | $366.96 | Travel – Airfare | Airfare – southwest (R. McDonnell) |
| 10/12/2016 | $39.05 | Travel – Airfare | Airfare – American Airlines (J. Hurt ) |
| 10/12/2016 | $180.00 | Travel – Airfare | Airfare – Delta air (J. Hurt ) |
| 10/21/2016 | $15.00 | Travel – Airfare | Airfare – Delta (J. Hurt ) |
| 10/21/2016 | $15.00 | Travel – Airfare | Airfare – Delta (R. McDonnell) |
| 10/23/2016 | $609.10 | Travel – Airfare | Airfare – American Airlines (J. Hurt ) |
| 10/25/2016 | $25.42 | Travel – Airfare | Airfare – American (J. Hurt ) |
| 10/31/2016 | $785.55 | Travel – Airfare | Airfare – Delta (J. Hurt ) |
| 10/31/2016 | $785.55 | Travel – Airfare | Airfare – Delta (R. McDonnell) |
| 11/7/2016 | $196.60 | Travel – Airfare | Airfare – Delta (J. Hurt ) |
| 11/7/2016 | $25.00 | Travel – Airfare | Airfare – Delta (J. Hurt ) |
| 11/8/2016 | $121.10 | Travel – Airfare | Airfare – American (J. Hurt ) |

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 11/8/2016 | $25.00 | Travel – Airfare | Airfare – American (J. Hurt ) |
| 12/24/2016 | $44.09 | Travel – Airfare | Airfare – American Airlines (J. Hurt ) |
| 1/3/2017 | $365.60 | Travel – Airfare | Airfare – American Airlines (J. Hurt ) |
| 1/3/2017 | $25.00 | Travel – Airfare | Airfare – American Airlines (J. Hurt ) |
| 1/4/2017 | $15.00 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 1/5/2017 | $335.60 | Travel – Airfare | Airfare – Delta Air (J. Hurt ) |
| 1/6/2017 | $323.20 | Travel – Airfare | Airfare – Delta Air (J. Hurt ) |
| 1/11/2017 | $400.00 | Travel – Airfare | Airfare – American Airlines (J. Hurt ) |
| 1/11/2017 | $48.66 | Travel – Airfare | Airfare – American Airlines (J. Hurt ) |
| 1/17/2017 | $201.80 | Travel – Airfare | Airfare – Delta Air (J. Hurt ) |
| 1/17/2017 | $201.80 | Travel – Airfare | Airfare –Delta (R. McDonnell) |
| 1/20/2017 | $131.94 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 1/20/2017 | $30.00 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 1/20/2017 | $131.94 | Travel – Airfare | Airfare – Southwest (R. McDonnell) |
| 1/20/2017 | $393.88 | Travel – Airfare | Airfare – Southwest (R. McDonnell) |
| 1/20/2017 | $30.00 | Travel – Airfare | Airfare – Southwest (R. McDonnell) |
| 1/24/2017 | $335.80 | Travel – Airfare | Airfare – Delta (J. Hurt ) |
| 1/25/2017 | $20.00 | Travel – Airfare | Airfare – Delta (J. Hurt ) |
| 1/25/2017 | $30.00 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 1/26/2017 | $458.80 | Travel – Airfare | Airfare – Delta (J. Hurt ) |
| 1/31/2017 | $393.88 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 2/17/2017 | $27.61 | Travel – Airfare | Airfare – American airlines (J. Hurt ) |
| 2/17/2017 | $39.00 | Travel – Airfare | Airfare – United (J. Hurt ) |
| 2/17/2017 | $37.00 | Travel – Airfare | Airfare – United 9jrh0 |
| 2/21/2017 | $643.50 | Travel – Airfare | Airfare – American airlines (J. Hurt ) |
| 2/22/2017 | $30.00 | Travel – Airfare | Airfare – Southwest (R. McDonnell) |
| 2/28/2017 | $793.60 | Travel – Airfare | Airfare – United (J. Hurt ) |
| 3/8/2017 | $376.88 | Travel – Airfare | Airfare – Southwest (R. McDonnell) |
| 4/5/2017 | $30.00 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 4/5/2017 | $30.00 | Travel – Airfare | Airfare – Southwest (R. McDonnell) |
| 4/24/2017 | $368.96 | Travel – Airfare | Airfare – Southwest (J. Hurt ) |
| 4/24/2017 | $368.96 | Travel – Airfare | Airfare – Southwest (R. McDonnell) |
| | $14,646.05 | Travel – Airfare Total | |
| 4/9/2014 | $4.67 | Travel – Auto | Parking Expense (W. Payne )(Total expense $14 split between PPG Gerdeau and Freight) |
| 5/1/2014 | $4.67 | Travel – Auto | Parking Expense (W. Payne )(total is $14, split between PPG, Gerdeau and Freight) |
| 5/9/2014 | $4.67 | Travel – Auto | Parking Expense (W. Payne )(total is $14, split between PPG, Gerdeau and Freight) |
| 7/20/2014 | $30.00 | Travel – Auto | Travel – TPA Taxi (J. Hurt ) |
| 7/21/2014 | $16.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 7/23/2014 | $12.00 | Travel – Auto | Parking Expense (W. Payne ) |
| 8/18/2014 | $29.40 | Travel – Auto | Travel – United Cab (J. Hurt ) |
| 8/19/2014 | $15.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 8/19/2014 | $20.50 | Travel – Auto | Travel – Airside Shuttle (J. Hurt ) |
| 8/19/2014 | $30.00 | Travel – Auto | Travel – CD Limo Service – J. Hurt |
| 7/28/2016 | $23.00 | Travel – Auto | Parking Expense (J. Hurt ) |

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 8/15/2016 | $4.80 | Travel – Auto | Parking Expense (R. McDonnell) |
| 8/17/2016 | $33.02 | Travel – Auto | Travel – Yellow Cab (J. Hurt ) |
| 8/18/2016 | $27.62 | Travel – Auto | Travel – Yellow cab (J. Hurt ) |
| 8/19/2016 | $40.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 9/1/2016 | $183.15 | Travel – Auto | Travel – SW Hotel (J. Hurt ) |
| 9/19/2016 | $70.24 | Travel – Auto | Travel – Hertz (J. Hurt ) |
| 9/20/2016 | $16.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 10/12/2016 | $22.32 | Travel – Auto | Travel – SABRIs TAXI (R. McDonnell) |
| 10/14/2016 | $26.40 | Travel – Auto | Travel – Ron Taxi (R. McDonnell) |
| 10/17/2016 | $266.22 | Travel – Auto | Mileage to/from Pittsburgh to washington DC (J. Hurt ) (round trip) |
| 10/19/2016 | $1.60 | Travel – Auto | Travel – CMSVEND (Tolls)(J. Hurt ) |
| 10/19/2016 | $1.60 | Travel – Auto | Travel – CMSVEND COLMPass (J. Hurt ) Tolls |
| 10/26/2016 | $670.44 | Travel – Auto | Travel – Hertz (J. Hurt ) |
| 10/27/2016 | $32.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 11/3/2016 | $7.25 | Travel – Auto | Parking Expense (R. McDonnell) |
| 11/4/2016 | $32.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 11/4/2016 | $72.52 | Travel – Auto | Travel – Ikestrucking (R. McDonnell) |
| 11/7/2016 | $466.53 | Travel – Auto | Travel – Hertz (J. Hurt ) |
| 11/8/2016 | $165.68 | Travel – Auto | Travel – Hertz (J. Hurt ) |
| 11/9/2016 | $28.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 11/16/2016 | $29.80 | Travel – Auto | Travel – Tolls (J. Hurt ) |
| 11/27/2016 | $448.20 | Travel – Auto | Mileage Ontario to Pittsburgh (Round trip) (Stewart) |
| 12/1/2016 | $8.00 | Travel – Auto | Parking Expense (Stewart) |
| 12/7/2016 | $90.00 | Travel – Auto | Parking Expense (James Stewart) |
| 1/6/2017 | $32.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 1/6/2017 | $148.28 | Travel – Auto | Travel – Hertz (J. Hurt ) |
| 1/13/2017 | $151.20 | Travel – Auto | Travel – Hertz (J. Hurt ) |
| 1/17/2017 | $30.00 | Travel – Auto | Travel – Ground Trans (J. Hurt ) |
| 1/17/2017 | $59.00 | Travel – Auto | Travel – Yellow cab (R. McDonnell) |
| 1/18/2017 | $11.20 | Travel – Auto | Travel – United Cab (J. Hurt ) |
| 1/20/2017 | $32.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 1/20/2017 | $30.00 | Travel – Auto | Travel – Taxi (J. Hurt ) |
| 1/20/2017 | $66.42 | Travel – Auto | Travel – Yellow Cab (R. McDonnell) |
| 1/26/2017 | $90.03 | Travel – Auto | Travel – Hertz (J. Hurt ) |
| 1/27/2017 | $32.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 1/31/2017 | $30.00 | Travel – Auto | Travel – Tampa Transportation (J. Hurt ) |
| 2/2/2017 | $23.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 2/2/2017 | $65.92 | Travel – Auto | Travel – Yellow CAB (R. McDonnell) |
| 2/7/2017 | $30.00 | Travel – Auto | Travel – Ground transportation (J. Hurt ) |
| 2/21/2017 | $36.00 | Travel – Auto | Travel – Airport taxi (J. Hurt ) |
| 2/22/2017 | $28.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 2/22/2017 | $51.93 | Travel – Auto | Travel – Taxi Taxi (J. Hurt ) |
| 2/25/2017 | $43.68 | Travel – Auto | Travel – Hertz (J. Hurt ) |
| 3/1/2017 | $73.83 | Travel – Auto | Travel – Hertz (J. Hurt ) |

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 3/2/2017 | $17.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 3/8/2017 | $60.00 | Travel – Auto | Travel – Cab Fare R. McDonnell |
| 3/10/2017 | $66.17 | Travel – Auto | Travel – PIT Yellow cab |
| 4/25/2017 | $16.00 | Travel – Auto | Parking Expense (J. Hurt ) |
| 4/25/2017 | $65.00 | Travel – Auto | Travel – Yellow Cab (R. McDonnell) |
| 5/11/2017 | $60.00 | Travel – Auto | Travel – (J. Hurt )(Taxi |
|  | **$4,281.96** | **Travel – Auto Total** |  |
| 7/20/2014 | $166.88 | Travel – Hotel | Hotel Expense – Courtyard (J. Hurt ) |
| 7/20/2014 | $333.76 | Travel – Hotel | Hotel Expense – Courtyard (W. Payne ) |
| 7/21/2014 | $62.90 | Travel – Hotel | Hotel Expense – Courtyard (J. Hurt ) |
| 8/19/2014 | $155.68 | Travel – Hotel | Hotel Expense – Floridian Palace (J. Hurt ) |
| 7/20/2016 | $181.15 | Travel – Hotel | Hotel Expense – SW hotels J. Hurt  (depo prepare ) |
| 8/3/2016 | $953.04 | Travel – Hotel | Hotel Expense – SW hotels J. Hurt  and R. McDonnell  (depo prepare ) |
| 10/10/2016 | $301.48 | Travel – Hotel | Hotel Expense – SW hotels (J. Hurt ) |
| 10/12/2016 | $364.74 | Travel – Hotel | Hotel Expense – Hyatt (R. McDonnell) |
| 10/13/2016 | $341.73 | Travel – Hotel | Hotel Expense – SW Hotels (J. Hurt ) |
| 10/31/2016 | $334.11 | Travel – Hotel | Hotel Expense – Hyatt (R. McDonnell) |
| 10/31/2016 | $334.11 | Travel – Hotel | Hotel Expense – Hyatt Place (J. Hurt ) |
| 11/8/2016 | $109.99 | Travel – Hotel | Hotel Expense – Best Western (J. Hurt ) |
| 11/8/2016 | $107.40 | Travel – Hotel | Hotel Expense – Hampton (J. Hurt ) |
| 11/18/2016 | $428.88 | Travel – Hotel | Hotel Expense – Wyndham Grand (J. Stewart) |
| 11/27/2016 | $78.64 | Travel – Hotel | Hotel Expense – Riverside Inn (Stewart) |
| 11/29/2016 | $214.44 | Travel – Hotel | Hotel Expense – Wyndham Grand (J. Steward) |
| 1/11/2017 | $341.51 | Travel – Hotel | Hotel Expense – SW Hotels (J. Hurt ) |
| 2/2/2017 | $445.76 | Travel – Hotel | Hotel Expense – Florida palace Hotel (J. Hurt ) |
| 2/2/2017 | $445.76 | Travel – Hotel | Hotel Expense – Floridan Palace (R. McDonnell) |
| 2/21/2017 | $105.99 | Travel – Hotel | Hotel Expense – Candlewoo Suites (J. Hurt ) |
| 2/28/2017 | $125.74 | Travel – Hotel | Hotel Expense – Holiday Inn Express (J. Hurt ) |
| 3/10/2017 | $267.68 | Travel – Hotel | Hotel Expense – Courtyard (R. McDonnell) |
| 4/5/2017 | $397.50 | Travel – Hotel | Hotel Expense – SW hotels Sheraton (R. McDonnell) |
|  | **$6,598.87** | **Travel – Hotel Total** |  |
| 7/20/2014 | $42.31 | Travel – Meals | Meal Expense (J. Hurt ) |
| 7/20/2014 | $12.69 | Travel – Meals | Meal Expense (W. Payne ) |
| 7/22/2014 | $33.00 | Travel – Meals | Meal Expense (W. Payne ) |
| 8/18/2014 | $26.00 | Travel – Meals | Meal Expense (J. Hurt ) |
| 7/26/2016 | $29.59 | Travel – Meals | Meal Expense (J. Hurt ) |
| 7/27/2016 | $51.64 | Travel – Meals | Meal Expense (J. Hurt ) |
| 7/27/2016 | $20.92 | Travel – Meals | Meal Expense (J. Hurt ) |
| 7/27/2016 | $52.00 | Travel – Meals | Meal Expense (J. Hurt ) |

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 7/28/2016 | $8.39 | Travel – Meals | Meal Expense (J. Hurt ) |
| 7/28/2016 | $10.50 | Travel – Meals | Meal Expense (J. Hurt ) |
| 8/15/2016 | $41.39 | Travel – Meals | Meal Expense (J. Hurt ) |
| 8/15/2016 | $7.83 | Travel – Meals | Meal Expense (J. Hurt ) |
| 8/16/2016 | $38.43 | Travel – Meals | Meal Expense (J. Hurt ) |
| 8/16/2016 | $13.24 | Travel – Meals | Meal Expense (J. Hurt ) |
| 8/16/2016 | $2.09 | Travel – Meals | Meal Expense (R. McDonnell) |
| 8/16/2016 | $10.29 | Travel – Meals | Meal Expense (R. McDonnell) |
| 8/17/2016 | $21.00 | Travel – Meals | Meal Expense (J. Hurt ) |
| 8/17/2016 | $52.28 | Travel – Meals | Meal Expense (J. Hurt ) |
| 8/18/2016 | $86.37 | Travel – Meals | Meal Expense (J. Hurt ) |
| 8/18/2016 | $15.80 | Travel – Meals | Meal Expense (staff) |
| 8/19/2016 | $8.33 | Travel – Meals | Meal Expense (J. Hurt ) |
| 8/19/2016 | $7.87 | Travel – Meals | Meal Expense (R. McDonnell) |
| 9/18/2016 | $26.81 | Travel – Meals | Meal Expense (J. Hurt ) |
| 9/18/2016 | $6.50 | Travel – Meals | Meal Expense (J. Hurt ) |
| 9/18/2016 | $22.74 | Travel – Meals | Meal Expense (J. Hurt ) |
| 9/19/2016 | $21.02 | Travel – Meals | Meal Expense (J. Hurt ) |
| 9/19/2016 | $8.14 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/11/2016 | $28.01 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/11/2016 | $1.93 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/11/2016 | $13.00 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/12/2016 | $42.00 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/12/2016 | $11.30 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/12/2016 | $20.50 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/13/2016 | $17.00 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/13/2016 | $21.86 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/13/2016 | $47.54 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/14/2016 | $6.23 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/14/2016 | $6.28 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/14/2016 | $2.22 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/14/2016 | $30.07 | Travel – Meals | Meal Expense (R. McDonnell) |
| 10/18/2016 | $10.05 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/19/2016 | $25.14 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/19/2016 | $48.38 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/23/2016 | $21.38 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/24/2016 | $17.87 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/24/2016 | $26.01 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/25/2016 | $25.38 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/25/2016 | $16.90 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/26/2016 | $22.29 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/26/2016 | $15.19 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/31/2016 | $27.95 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/31/2016 | $1.79 | Travel – Meals | Meal Expense (J. Hurt ) |
| 10/31/2016 | $28.01 | Travel – Meals | Meal Expense (R. McDonnell) |
| 11/1/2016 | $19.92 | Travel – Meals | Meal Expense (J. Hurt ) |
| 11/2/2016 | $28.33 | Travel – Meals | Meal Expense (J. Hurt ) |

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 11/2/2016 | $56.47 | Travel – Meals | Meal Expense (J. Hurt ) |
| 11/3/2016 | $47.52 | Travel – Meals | Meal Expense (J. Hurt ) |
| 11/3/2016 | $26.88 | Travel – Meals | Meal Expense (R. McDonnell) |
| 11/3/2016 | $3.96 | Travel – Meals | Meal Expense (R. McDonnell) |
| 11/7/2016 | $10.48 | Travel – Meals | Meal Expense (J. Hurt ) |
| 11/7/2016 | $21.92 | Travel – Meals | Meal Expense (J. Hurt ) |
| 11/8/2016 | $10.05 | Travel – Meals | Meal Expense (J. Hurt ) |
| 11/9/2016 | $25.00 | Travel – Meals | Meal Expense (J. Hurt ) |
| 11/27/2016 | $19.80 | Travel – Meals | Meal Expense (Stewart) |
| 11/29/2016 | $17.00 | Travel – Meals | Meal Expense (J. Hurt ) |
| 11/29/2016 | $5.44 | Travel – Meals | Meal Expense (Stewart) |
| 12/1/2016 | $123.12 | Travel – Meals | Meal Expense (Stewart) |
| 12/1/2016 | $4.76 | Travel – Meals | Meal Expense (Stewart) |
| 1/4/2017 | $7.60 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/5/2017 | $55.20 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/5/2017 | $9.31 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/6/2017 | $37.00 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/17/2017 | $65.57 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/17/2017 | $12.83 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/17/2017 | $2.69 | Travel – Meals | Meal Expense (R. McDonnell) |
| 1/17/2017 | $6.35 | Travel – Meals | Meal Expense (R. McDonnell) |
| 1/18/2017 | $28.71 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/18/2017 | $57.85 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/18/2017 | $6.00 | Travel – Meals | Meal Expense (R. McDonnell) |
| 1/18/2017 | $2.09 | Travel – Meals | Meal Expense (R. McDonnell) |
| 1/19/2017 | $6.88 | Travel – Meals | Meal Expense (R. McDonnell) |
| 1/19/2017 | $6.24 | Travel – Meals | Meal Expense (R. McDonnell) |
| 1/20/2017 | $46.86 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/20/2017 | $66.58 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/21/2017 | $25.88 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/21/2017 | $28.20 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/21/2017 | $26.43 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/21/2017 | $4.08 | Travel – Meals | Meal Expense (R. McDonnell) |
| 1/24/2017 | $29.64 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/24/2017 | $9.31 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/25/2017 | $25.19 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/25/2017 | $18.19 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/26/2017 | $33.77 | Travel – Meals | Meal Expense (J. Hurt ) |
| 1/26/2017 | $16.60 | Travel – Meals | Meal Expense (J. Hurt ) |
| 2/1/2017 | $43.87 | Travel – Meals | Meal Expense (J. Hurt ) |
| 2/1/2017 | $67.54 | Travel – Meals | Meal Expense (J. Hurt ) |
| 2/1/2017 | $3.14 | Travel – Meals | Meal Expense (R. McDonnell) |
| 2/1/2017 | $6.35 | Travel – Meals | Meal Expense (R. McDonnell) |
| 2/1/2017 | $13.97 | Travel – Meals | Meal Expense (R. McDonnell) |
| 2/2/2017 | $39.00 | Travel – Meals | Meal Expense (J. Hurt ) |
| 2/2/2017 | $3.14 | Travel – Meals | Meal Expense (R. McDonnell) |
| 2/3/2017 | $42.80 | Travel – Meals | Meal Expense (J. Hurt ) |

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 2/3/2017 | $4.07 | Travel – Meals | Meal Expense (R. McDonnell) |
| 2/21/2017 | $26.00 | Travel – Meals | Meal Expense (J. Hurt ) |
| 2/21/2017 | $11.42 | Travel – Meals | Meal Expense (J. Hurt ) |
| 2/22/2017 | $11.35 | Travel – Meals | Meal Expense (J. Hurt ) |
| 2/22/2017 | $7.75 | Travel – Meals | Meal Expense (J. Hurt ) |
| 2/22/2017 | $8.70 | Travel – Meals | Meal Expense (J. Hurt ) |
| 2/28/2017 | $21.64 | Travel – Meals | Meal Expense (J. Hurt ) |
| 2/28/2017 | $22.93 | Travel – Meals | Meal Expense (J. Hurt ) |
| 3/2/2017 | $7.75 | Travel – Meals | Meal Expense (J. Hurt ) |
| 3/8/2017 | $32.75 | Travel – Meals | Meals – R. McDonnell |
| 3/9/2017 | $3.69 | Travel – Meals | Meal Expense (R. McDonnell) |
| 3/9/2017 | $7.48 | Travel – Meals | Meal Expense (R. McDonnell) |
| 3/11/2017 | $20.00 | Travel – Meals | Meal Expense (R. McDonnell) |
| 4/24/2017 | $38.04 | Travel – Meals | Meal Expense (J. Hurt ) |
| 4/24/2017 | $9.83 | Travel – Meals | Meal Expense (R. McDonnell) |
| 4/25/2017 | $11.22 | Travel – Meals | Meal Expense (J. Hurt ) |
| 4/25/2017 | $2.09 | Travel – Meals | Meal Expense (R. McDonnell) |
| 4/25/2017 | $4.07 | Travel – Meals | Meal Expense (R. McDonnell) |
| 4/25/2017 | $9.29 | Travel – Meals | Meal Expense (R. McDonnell) |
| 4/26/2017 | $21.07 | Travel – Meals | Meal Expense (J. Hurt ) |
|  | $2,768.10 | Travel – Meals Total |  |
| 4/2/2014 | $3.11 | Westlaw | Westlaw Charges |
| 5/7/2014 | $13.41 | Westlaw | Westlaw Charges |
| 6/3/2014 | $124.54 | Westlaw | Westlaw Charges |
| 7/15/2014 | $6.57 | Westlaw | Westlaw Charges |
| 8/1/2014 | $209.77 | Westlaw | Westlaw Charges |
| 9/5/2014 | $4.00 | Westlaw | Westlaw Charges |
| 10/6/2014 | $4.30 | Westlaw | Westlaw Charges |
| 9/2/2015 | $22.88 | Westlaw | Westlaw Charges |
| 10/7/2015 | $27.36 | Westlaw | Westlaw Charges |
| 11/4/2015 | $2.61 | Westlaw | Westlaw Charges |
| 1/14/2016 | $97.72 | Westlaw | Westlaw Charges |
| 2/29/2016 | $9.72 | Westlaw | Westlaw Charges |
| 3/2/2016 | $1.06 | Westlaw | Westlaw Charges |
| 4/6/2016 | $14.56 | Westlaw | Westlaw Charges |
| 5/6/2016 | $3.50 | Westlaw | Westlaw Charges |
| 6/16/2016 | $6.06 | Westlaw | Westlaw Charges |
| 7/15/2016 | $34.55 | Westlaw | Westlaw Charges |
| 9/20/2016 | $90.44 | Westlaw | Westlaw Charges |
| 10/14/2016 | $35.56 | Westlaw | Westlaw Charges |
| 11/16/2016 | $210.48 | Westlaw | Westlaw Charges |
| 12/7/2016 | $20.07 | Westlaw | Westlaw Charges |
| 1/10/2017 | $89.15 | Westlaw | Westlaw Charges |
| 3/1/2017 | $307.43 | Westlaw | Westlaw Charges |
| 3/20/2017 | $54.73 | Westlaw | Westlaw Charges |
| 6/9/2017 | $3.98 | Westlaw | Westlaw Charges |
| 6/14/2017 | $19.07 | Westlaw | Westlaw Charges |

FEINSTEIN DOYLE PAYNE and KRAVEC, LLC

Expense Summary

| Date | Amount | CODE | Description |
|---|---|---|---|
| 6/14/2017 | $80.01 | Westlaw | Westlaw Charges |
| | $1,496.64 | Westlaw Total | |
| | $88,815.65 | Grand Total | |