# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DANIEL L. COMER, GLEN HUBANKS, RICHARD D. SCOTT, OLIVER FRANK WRIGHT, JR. and STEPHEN SOLOMON, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERDAU AMERISTEEL US INC., and GERDAU AMERISTEEL US RETIREE MEDICAL PLAN,<br><br>Defendants. | No. 8:14-cv-00607-SDM-EAJ<br><br>Class Action<br><br>**Demand for Jury Trial** |

### DECLARATION OF IVELISSE BERIO LEBEAU IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES

I, Ivelisse Berio LeBeau, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner at the law firm of Sugarman & Susskind, P.A., a union-side labor law firm in Miami, Florida. My practice focuses on the Employee Retirement Income Security Act ("ERISA") and employee benefits law. I graduated from Boston College Law School in 1990 and began working with ERISA in 1994 as an enforcement attorney at the U. S. Department of Labor. I am currently Editor in Chief of the 2014 and 2015 Supplements to the treatise Employee Benefits Law, 3rd ed., published by Bloomberg BNA Books, and of the 4th edition of Employee Benefits Law, scheduled for publication later in 2017.

2. I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-captioned action (the

"Action"), as well as for reimbursement of expenses incurred by my firm in connection with the Action.

3. My firm served as Local Counsel for Feinstein Doyle Payne & Kravec, LLC ("FDPK") attorneys William T. Payne, Joel R. Hurt, Pamina Ewing, Stephen M. Pincus and Ruairi McDonnell, Class Counsel for the class members in this litigation.

4. My customary hourly billing rate for individual clients and for employee benefits cases ranges from $350.00 to $500.00 an hour. I am aware of attorneys with comparable experience to mine who bill at similar rates. My firm's customary hourly billing rate for associates is $250.00 an hour.

5. The chart below summarizes the hours incurred by Sugarman & Susskind attorneys in this action and their rates through June 30, 2017:

| Name | Position | Hours | Rate | Lodestar |
| --- | --- | --- | --- | --- |
| Ivelisse Berio LeBeau | Partner | 18.00 | $450 | $8,100.00 |
| Dustin Watkins | Associate | 3.00 | $250 | $ 750.00 |
| **LODESTAR** | | **22.00** | | **$8,850.00** |

6. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

7. The hourly rates for the attorneys in my firm are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted in other class action litigation, including in *Board of Trustees of the City of Lake Worth Employees'*

2

*Retirement System, et al., v. Merrill Lynch, Pierce, Fenner & Smith, Incorporated*, Case No. 3:10-cv-845-J-32MCR (MD Fla., 2012).

8. In this case, the United Steel Workers International Union ("USW"), which represented the retirees while they were active employees, helped subsidize the retirees by providing Feinstein Doyle Payne & Kravec, LLC and Sugarman & Susskind, P.A. with a maintenance rate and paying expenses. Pursuant to our agreement with the USW, Feinstein Doyle Payne & Kravec, LLC and Sugarman & Susskind, P.A. will reimburse the USW for those expenditures out of the recovered attorney's fees and expenses.

9. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

10. The following chart details expenses incurred by Sugarman & Susskind, P.A. through June 30, 2017:

| **Type of Expense** | **Total** |
|---|---|
| Filing Fee | $ 400.00 |
| Mailing Fees | $  26.85 |
| **Total** | **$ 426.85** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 26, 2017             /s/ Ivelisse Berio LeBeau
                                           Ivelisse Berio LeBeau