UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DANIEL L. COMER, GLEN HUBANKS, RICHARD D. SCOTT, OLIVER FRANK WRIGHT, JR. and STEPHEN SOLOMON, on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GERDAU AMERISTEEL US INC., and GERDAU AMERISTEEL US RETIREE MEDICAL PLAN,<br><br>    Defendants. | No. 8:14-cv-00607-T-SDM-EAJ<br><br>Class Action<br><br>Demand for Jury Trial |

# DECLARATION OF JOHN V. TUCKER
# IN SUPPORT OF PLAINTIFFS' MOTION
# FOR ATTORNEY FEES, COSTS AND EXPENSES

My name is John V. Tucker, and I make this declaration based on my own personal knowledge pursuant to 28 U.S.C. § 1746, and state:

1. I was admitted to The Florida Bar October 2, 1991, and have practiced law in Florida for over 25 years. I am the managing shareholder of Tucker & Ludin, P.A., a law firm I co-founded 11 years ago.

2. I have been admitted in this District for over 24 years, and actively practice in the U.S. District Court for the Middle District of Florida.

3. The first case referred to me in my first year of practicing law was an ERISA welfare benefit case. I have actively worked on ERISA cases since that time, handling many hundreds of claims and lawsuits since 1991.

4. Like many ERISA attorneys, I have a national ERISA practice. I am also admitted to practice in the U.S. District Courts for the Northern and Southern Districts of Florida, District of Connecticut, and Eastern District of Tennessee, as well as the Eleventh Circuit Court of Appeals. I have also appeared pro hac vice in other District Courts, most recently in the Southern District of New York.

5. At least 60% of my law practice is comprised of representing individuals and small business owners in claims for benefits under employer-sponsored benefit plans. I primarily represent individuals in welfare benefits claims for disability, health, and life insurance, but I have handled numerous pension and top hat compensation plans.

6. Between 2001 and 2012, I served for several semesters as an Adjunct Professor of Law at Stetson University College of Law teaching a course titled "ERISA Benefit Litigation Skills" which focused on litigating employee benefit claims.

7. I currently serve as the national chair of the American Association for Justice ERISA Benefits Litigation Group.

8. I frequently lecture on ERISA-related topics. For example, this year, I lectured at the American Bar Association Tort and Insurance Practice Section Mid-Winter Symposium on Disability and Life Insurance Law in Coral Gables, Florida, and at the American Association for Justice (AAJ) Annual Convention on new ERISA

claim regulations that were adopted by the U.S. Department of Labor in December 2016. In the past, I have lectured on ERISA at The Florida Bar Labor and Employment Law Board Certification Course and at other seminars presented by the ABA, AAJ, Florida Justice Association, and for various local bar associations around the state.

9. I am AV-rated by Martindale-Hubbell. In 2017, I was selected by a peer review vote as one of only a couple of participant-side ERISA attorneys to *Florida Trend's* Florida Legal Elite in the practice area of Employee Benefits and as a Florida Super Lawyer in the practice area of Employee Benefits.

10. Class action involving claims under the LMRA and ERISA for collectively bargained retiree healthcare benefits are a little-practiced sub-specialty of ERISA practice. They require a unique subset of knowledge, which most ERISA participant-side attorneys (an already small group) do not possess.

11. I am not aware of any practitioners located in the Middle District of Florida that would represent participants in the subject matter of this litigation.

12. As a general matter, ERISA plaintiff practice is a national marketplace. I frequently represent participants in various areas around the United States, and from my connections through the American Association for Justice, a national trial lawyer organization, I know several ERISA law firms which represent that participants that do the same.

13. As an example of the national marketplace, I regularly speak to prospective new clients who are comparing my firm's services to those of other law

3

firms in various cities, including Atlanta, Birmingham, Charlotte, Chattanooga, Chicago, Cincinnati, Cleveland, Dallas, St. Louis, and Washington, D.C., as well as various cities on the west coast.

14. Due to the specialized nature of retiree class representation, were I or any of the attorneys I know who practice in the Middle District to handle this type of case, I would expect a reasonable fee would be at least $525.00, the amount I charge as an hourly rate as an attorney with 25 years of experience handling ERISA cases.

15. Although the majority of my cases are handled on a contingency fee basis, I routinely have from 5 to 10 clients that pay me on an hourly fee basis. The $525.00 hourly rate is a rate that I routinely receive from various clients each month. I have been charging that rate for at least three years.

16. I understand that Plaintiffs' counsel have customary rates as follows: a) $625 for attorneys with over 30 years of experience, b) $525-$550 for attorneys with 15 to 25 years of experience, and c) $285-294 for attorneys with 3 or less years of experience.

17. It is my opinion that in this District, the rates for attorneys with over 30 years and 15 to 25 years of experience in this type of work is reasonable and consistent with what other attorneys are charging. My view of the rate for attorneys with 3 years or less is that Plaintiff counsel's rate is slightly high for this District, with a rate of $225 to $250 being more in line with what firms customarily charge for associates at that level.

18. That being said, in the national marketplace which pervades in ERISA cases, the rates charged by Plaintiffs' counsel are slightly low compared to the rates charged by firms that my firm must routinely compete with from cities such as those listed above in paragraph 13.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 26, 2017

     s/ John Tucker     .<br>
John V. Tucker