UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DANIEL L. COMER, GLEN HUBANKS, RICHARD D. SCOTT, OLIVER FRANK WRIGHT, JR. and STEPHEN SOLOMON, on behalf of themselves and all other persons similarly situated,<br><br>              Plaintiffs,<br><br>  v.<br><br>GERDAU AMERISTEEL US INC., and GERDAU AMERISTEEL US RETIREE MEDICAL PLAN,<br><br>              Defendants. | No. 8:14cv00607-SDM-EAJ<br><br>Class Action<br><br>**Demand for Jury Trial** |

## DECLARATION OF RONALD DEAN, ESQUIRE

I, Ronald Dean, pursuant to 28 U.S.C. § 1746, hereby declare:

1.     I am an attorney licensed to practice law in the State of Wisconsin since 1970 and in the State of California since 1971. I currently reside in Pacific Palisades, California. This declaration is made from my own knowledge and if called to testify I could and would competently testify as follows.

2.     I have worked as a lawyer in the area of pension and, after 1974, ERISA benefits for over 45 years, and it has constituted the bulk of my practice for at least 30 years.

3.     I have lectured to groups of attorneys on ERISA issues more than 150 times, all over the country. From 1992-1998, I was co-chair of the "ERISA Litigation" three day seminars produced by the American Bar Association, as well as Co-Chair of the "ERISA Basics" course given twice per year. These involved not only speaking at the seminars on several different subjects, but also selecting the other speakers and working with the ABA staff in preparations for the seminar.

4. From 1994 to 2016 I was a Senior Editor of the ABA/BNA book *Employee Benefits Law* and its yearly supplement. This involved working with the other Senior Editors and the BNA editorial board in revising and editing the work of the Chapter Editors into final form. All of this work was volunteer work. In 1998, I was elected as a Fellow of the College of Labor and Employment Lawyers. I am a Charter Fellow of the American College of Employee Benefits Counsel (formed in 2000) and was a member of its Board of Directors until 2008.

5. From 1995-1998, I was the Neutral Co-Chair of the American Bar Association's Labor and Employment Section, Employee Benefits Committee. I have been the Plaintiffs' Co-Chair of the Section's CLE Committee, and the ABA's Section Officers Council liaison to the ABA Standing Committee on CLE.

6. I have been trial and appellate counsel in 15 published Ninth Circuit cases involving ERISA issues. Those cases are:

- *San Pedro v. DiBernardo*, 664 F.2d 1344, 3 EBC 1784 (9th Cir. 1982);

- *Sapper vs. Lenco Blade*, 704 F.2d 1069 (9th Cir. 1983);

- *Shaw vs. IAM*, (ERISA) 750 F.2d 1458, 6 EBC 1193 (9th Cir. 1985) cert. den., 471 U.S. 1137, 105 S.Ct. 2678, 86 L.Ed.2d 696 (6 EBC 1640)(1985). (affirming *Shaw vs. IAM*, 563 F.Supp 653, 4 EBC 1737 (C.D. Cal 1983));

- *Smith v. Retirement Fund Trust*, 857 F.2d 587 (9th Cir. 1988); *Oster v. Barco*, 869 F.2d 1215 (9th Cir. 1989), superseding 859 F.2d 1345, 10 EBC 2210 (9th Cir. 1988);

- *White v. Jacobs Engineering Co.*, 896 F.2d 344 (9th Cir. 1990)(granting petition for reconsideration and amending 887 F.2d 913, 11 EBC 1961 (9th Cir. 1989));

- *Tafoya v. Western Conference of Teamsters Pension Fund*, 909 F.2d 344, 134 LRRM (BNA) 2754, 115 Lab. Cas. &10,175 (9th Cir. 1990) (9th Cir. 1990);

- *Horn v. Berdon, Inc. Defined Benefit Pension Plan*, 938 F.2d 125, 13 EBC 2492 (9th Cir. 1991)

- *Bolton v. Construction Laborers Pension Trust (Bolton I)*, 954 F.2d 1437 (9th Cir. 1992) superseding 943 F.2d 1117 (9th Cir. 1991);

2

- *Cann v. Northern California Carpenters Pension Trust*, 989 F.2d 313, 16 EBC 1873 (9th Cir. 1993)

- *Hinton v. NMI Pacific Enterprises*, 5 F.3d 391 (9th Cir. 1993); and

- *Bolton v. Construction Laborers Pension Trust (Bolton II)*, 56 F.3d. 1055 (9th Cir. 1995)

- *Walker v. American Home Shield Long Term Disability Plan*, 180 F.3d 1065 (9th Cir. 1999)

- *Wetzel v. Lou Ehlers Cadillac Group Long Term Disability Insurance Program*, 222 F.3d 643 (9th Cir. 2000)(en banc); 199 F.3d 1111 (9th Cir. 2000) vacating 189 F.3d 1160, (9th Cir. 1999)

*Trustees of the Directors Guild of America-Producer Pension Benefits Plans v. Tise*, 234 F.3d 415 (9th Cir. 2000).

8. In *Attia v UNUM Life Ins. Co. of America*, 2002 WL 392466 (C.D. Cal 2002), Judge Florence Marie Cooper used my then $425 per hour rate in establishing a fair rate for plaintiff's counsel in that case, as did Judge Dean Pregerson in *McKinney v First Reliance Standard Life Ins. Co., and Fox Television LTD Plan*, Case No. CV 01-02548 (C.D. Cal. 2002). In *Welch v. Metropolitan Life Ins. Co.,* 480 F.3d 942 (9th Cir. 2007), the Ninth Circuit used my declaration regarding my 2006 rate of $475 per hour to establish an appropriate fee for the plaintiff's counsel in that case. In *Perez v. Cozen & O'Connor Group LTD Coverage*, 2007 U.S. Dist. LEXIS (S.D. Cal. March 27, 2007), Judge Sabraw used my rate of $525 per hour to establish a reasonable rate for the plaintiff's attorneys in that case, and in *Caplan v. CNA Financial*, 2008 U.S. Dist. Lexis 78211 (N.D. Cal 2008), the court used my $650 per hour rate to establish a fair rate for the plaintiff attorneys. In *Goldiner v. Datex-Ohmeda Cash Balance Plan, Case No. 07-2081 RAJ* (W.D. Wash 5/10/11) (Doc. 110), the Honorable Richard A. Jones used my $650 per hour rate (the great majority of the work was performed before November, 2010) in that class action against the defendant pension plan as a cross-check in awarding me fees of 1/3rd of the settlement amount. In *Wilson v. Farmers Group Inc.* Case No. 10-cv-5089 MWF (C.D. Cal.

2012), the Honorable Michael W. Fitzgerald used my $700 per hour rate in that class action against the defendant pension plan as a cross-check in awarding me fees of 25% of the settlement amount.

9. My usual hourly fee in matters which is not contingent upon the result, is $750 per hour. I arrived at this rate by constantly reviewing the market through conversations with other attorneys in the field as well as through court ordered fee awards. This has been my rate since July 2015. For the five years before that it was $700 per hour, and for the three and on-half years before that it was $650 per hour. While most of my cases are on a contingency fee basis, I have had at least ten clients who have paid me at the $750 hourly rate win or lose. Since October 2010, I have not been retained by any clients at a rate lower than $700 per hour.

10. ERISA issues are challenging and time consuming. Plaintiffs' damages are limited to the benefits at issue, interest and attorney fees. There are no compensatory or punitive damages available.

11. ERISA has often been described as one of the most complex statutes passed by Congress. There have been at least 40 substantial amendments to ERISA since it was passed some 43 years ago. There is a constant barrage of regulatory activity by both the Internal Revenue Service and the Department of Labor. In 2016 alone, more than 500 cases involving primarily ERISA issues were decided by the federal courts.

13. I have handled more than 500 ERISA cases over the years, including more than ten ERISA class actions.

14. Because of the difficulties inherent in any ERISA case, and because of the very small number of ERISA plaintiff attorneys throughout the entire country, most attorneys reject cases such as these out of hand. The complexities of preemption, lack of compensatory and punitive damages and the unique standard of proof issues, make even the most garden variety ERISA claims into complex and generally undesirable ones.

15. There are only a small number of firms in the United States with the knowledge and experience to successfully prosecute ERISA class actions, and the law firm of Feinstein

4

Doyle Payne & Kravec, LLC ("FDPK"), is among them. I have personally worked with William T. Payne, the firm's senior ERISA counsel, and consider him a leading authority on the vesting of retiree health benefits. In addition to my longstanding work Mr. Payne, I am familiar with the work of Pamina Ewing and Joel R. Hurt.

16. I understand that FDPK is requesting fees at the hourly rates of $625 for attorneys with over 30 years of experience (Mr. Payne), $530-$550 for attorneys with 15 to 25 years of experience (Ms. Ewing, Mr. Hurt and Mr. Pincus), and $285-295 for attorneys with 3 or less years of experience (Mr. McDonnell and Mr. Stein).

17. Based on my experiences and familiarity with this firm's work, it is my opinion that these hourly rates are in accord with the prevailing market rates for this type of class action litigation. To determine prevailing market rates, I considered my own hourly rate, the rates of counsel from other firms from all over the country with whom I am associated on various cases, and also the rates charged by other law firms across the country who specialize in ERISA class actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July, 2017, at Pacific Palisades, California.

RONALD DEAN